In re PEDRO E. ANGLADE Y LUBE, querellado.

Número 86.
*Sometido:* 1 de agosto de 1955. *Resuelto:* 2 de agosto de 1955.

*Pedro E. Anglade y Lube, pro se; Rafael L. Ydrach Yordán, Fiscal del Tribunal Supremo,* abogado de El Pueblo.

## RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de agosto de 1955

Por cuanto: la querella presentada en este caso por el señor Fiscal de este Tribunal, demuestra, que durante los años 1934 a 1952, el notario de esta Isla don Pedro E. Anglade en el ejercicio de su ministerio público como notario, ha cometido innumerables violaciones de diversas secciones de la Ley Notarial de Puerto Rico; y que habiéndose requerido al señor notario para que contestara los cargos presentados por el señor Fiscal de este Tribunal, éste admite haber actuado con negligencia y descuido en el desempeño de sus funciones como notario.

Por cuanto: los cargos presentados contra el notario, si bien demuestran falta de cuidado y diligencia en el desempeño de sus funciones como tal notario, no demuestran que tales irregularidades se cometieran con el deliberado propósito de obtener lucro indebido para él o para cualquier otra persona.

Por tanto: se suspende al Lic. Pedro E. Anglade del ejercicio de la profesión de notario por el término de cinco años; se ordena la cancelacicón de su licencia como tal notario y la entrega de sus protocolos al archivo notarial correspondiente.

Lo acordó el Tribunal y firma el señor Juez Presidente.

A. C. SNYDER,
*Juez Presidente.*

Certifico:

IGNACIO RIVERA,
*Secretario.*